# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WILLIAM M. BAYES, JR.,

    Plaintiff,

v.

Case No: 6:16-cv-1976-Orl-28DCI

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This case is before the Court on the Complaint (Doc. 1, filed November 10, 2016) filed by Plaintiff seeking review of the final decision of the Commissioner of Social Security ("Commissioner") denying his claim for Disability Insurance Benefits The United States Magistrate Judge has submitted a report recommending that the final decision be affirmed. No objection to the Report has been filed, and the time for filing objections has passed.

After review of the record in this matter, and noting that no objections were timely filed, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 27, 2017 (Doc. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **AFFIRMED**.

3. The Clerk of the Court is directed to enter judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Orlando, Florida, on November 19, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record